IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA CHISM, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 09-0640-CG-N |
| | ) |
| ADDUS HEALTHCARE, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter is before the court on the parties' Joint Motion to Dismiss Plaintiffs' Negligence/Wantoness Claims Set forth in Plaintiffs' Second Claim for Relief (Doc. 27).

Upon due consideration, the motion is hereby **GRANTED**. Therefore, the plaintiffs' second claim for relief for negligence/wantoness against Addus Healthcare, Inc. is **DISMISSED with prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear her or its own respective costs. This order does not dismiss any other claims in the complaint.

**DONE and ORDERED** this 31st day of January, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE