IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ANGELA CHISM, et al.,** | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION NO. 09-0640-CG-N |
| **ADDUS HEALTHCARE, INC.,** | ) |
| Defendant. | ) |

## ORDER

The Magistrate Judge reports that the settlement conference held on April 8, 2011, was successful and that the action has settled. Accordingly, it is **ORDERED** that all claims in the above-styled action are **DISMISSED WITH PREJUDICE** subject to the right of any party to reinstate the action within thirty (30) days of the date of this order should the settlement agreement not be consummated.

**DONE and ORDERED** this 11th day of April, 2011.

                                                /s/ Callie V. S. Granade
                                        UNITED STATES DISTRICT JUDGE